

# IN THE COURT OF CRIMINAL APPEALS
# OF TEXAS

### NO. WR-90,496-03

### EX PARTE ROEL DAVID GONZALEZ, Relator

### ON APPLICATION FOR A WRIT OF MANDAMUS
### CAUSE NO. 1325153-A & 1325154-A IN THE 177TH DISTRICT COURT
### FROM HARRIS COUNTY

*Per curiam.*

### O R D E R

Relator has filed a motion for leave to file a writ of mandamus pursuant to the original jurisdiction of this Court. In it, he contends that he filed applications for a writ of habeas corpus in the 177TH District Court of Harris County, that the trial court entered an order designating issues, ordering Relator's trial counsel to submit an affidavit responding to Relator's habeas allegations, and that the habeas applications were forwarded to this Court without Relator ever receiving a copy of trial counsel's affidavit.

In these circumstances, additional facts are needed. Respondent, the District Clerk of Harris County, is ordered to file a response as to whether copies of all pleadings, affidavits, and orders filed

relating to Relator's habeas applications were mailed or delivered to Relator, and if not, why not. If such documents have not been mailed or delivered to Relator, the clerk shall forward any documents described in Rule 73.4(b)(2) of the Texas Rules of Appellate Procedure to Relator immediately. If such documents have been mailed or delivered to Relator, the clerk shall submit proof of the date upon which such documents were mailed or delivered. This application for leave to file a writ of mandamus shall be held in abeyance until Respondent has submitted the appropriate response. Such response shall be submitted within 30 days of the date of this order.

Filed:          December 11, 2019
Do not publish